[No. 49964-5-I. Division One. June 3, 2002.]

GAYLE RAYCHEL, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-31595-3, Douglas D. McBroom, J., entered August 10, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49965-3-I. Division One. June 3, 2002.]

DAVID E. ERICKSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-32262-3, Mary Yu, J., entered July 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 20060-4-III. Division Three. June 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY BENNETT MARCHAND, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-1-00189-9, Larry M. Kristianson, J., entered February 28, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 19700-0-III. Division Three. June 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS LUIS CUEVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 00-1-50223-0, Vic L. VanderSchoor, J., entered January 2, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.